

**WELLS FARGO**

Enterprise Complaints Management Office
PO Box 5133
Sioux Falls, SD 57117



EXHIBIT

7

January 5, 2023

William Gordon
117 Martin Mill Trl.
Warner Robins, GA 31093

Subject: We are responding to your concerns
Case number: 06202212270093991 & 06202212280099814
Account number ending in: 1873
Consumer Financial Protection Bureau, case number: 221224-10011413
Office of the Comptroller of the Currency, case number: 03383349

Dear William Gordon:

Thank you for your patience while we looked into your concerns. We have completed our research and are ready to share our findings.

**About the right to rescind**
You stated no information regarding your right to rescind was provided to you. Rescission is a term typically associated with certain mortgage loans and is not applicable to auto loans. This term refers to a cancellation period. Your contract indicates there is no cancellation period or "cooling off" period.

**About the down payment**
You are requesting Wells Fargo to provide evidence a down payment was required to obtain this loan. As stated over the phone, dealerships use a down payment as a negotiation tool to help finance a loan, but a down payment is not required to obtain a loan.

**About the debt validation**
After reviewing the account, we validated a contract between William Gordon and the seller, Five Star Chevy Cadillac on June 1, 2022, for the purchase of the 2019 Chevy Tahoe. The contract amount was $54,902.00 with a 7.390% fixed annual percentage rate. The contract was assigned to Wells Fargo, and the terms of this loan are valid. This signed contract gave permission for your credit file to be reported.

**About the repossession**
Wells Fargo Auto initiated the repossession process on December 22, 2022, because your account was 128-days past due. With no payment arrangements in place, the last payment showing posted on July 18, 2022, and the delinquency continuing, the repossession is valid.

With regards to the key fee, if a key is not provided at the time of repossession, the customer is subjected to a fee for the repossession agent having to make a key for the vehicle.

As for the personal property claim, until the vehicle has been paid in full, Wells Fargo is the official lien holder.

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

© 2021 Wells Fargo Bank, N.A. All rights reserved.

ECMO-BT129_Res_M_E_122021

**About the cease and desist**

Regarding the Cease and Desist, as requested we will discontinue making phone calls to anyone on the account along with discontinuing sending collection letters. However, you will continue to receive legally required notices

Due to the above, we have denied the request for compensation and the free in clear title.

**How to contact us**

We appreciate your time and effort you took to contact us. If you have questions, please contact us at 1-877-250-2265. We are ready to help you Monday through Friday from 8:00 a.m. to 5:00 p.m. Central Time. We accept telecommunications relay service calls.

Sincerely,

*Dewayne D.*

Dewayne D.
Executive Office Case Specialist
Enterprise Complaints Management Office

cc: Consumer Financial Protection Bureau
cc: Office of the Comptroller of the Currency