

**EXHIBIT**

9

1/23/24, 11:43 PM

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Aug 2022 | $2,869 | $87 | $0 on 7/14/2022 |
| Jul 2022 | $2,654 | $116 | $194 on 7/14/2022 |
| Jun 2022 | $2,701 | $85 | $66 on 6/6/2022 |
| May 2022 | $1,514 | $66 | $66 on 5/4/2022 |
| Apr 2022 | $1,358 | $37 | $0 |
| Mar 2022 | $1,358 | $0 | $0 |
| Feb 2022 | $0 | $0 | $0 |

### Additional info

Between Oct 2022 and Nov 2023, your credit limit/high balance was $2,951

Between Feb 2022 and Sep 2022, your credit limit/high balance was $3,200

---

 **Contact Info**

Address           1000 MACARTHUR BLVD,
                  MAHWAH NJ 07430

## WELLS FARGO AUTO

POTENTIALLY NEGATIVE

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | WELLS FARGO AUTO | Balance | - |
| Account Number | 517690XXXXXX | Balance Updated | - |

1/23/24, 11:43 PM

Annual Credit Report - Experian

| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Date Opened | 06/01/2022 | Original Balance | $54,902 |
| Status | Paid, Closed. $56,298 written off. | Highest Balance | - |
| Status Updated | Sep 2023 | Terms | 75 Months |

### $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 30 | 60 | 90 | ND | ND | ND | ND | ND | CO | — | — | — |
| 2022 | — | — | — | — | — | — | — | ✓ | 30 | ND | ND | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CO | Charge off | ND | No data for this period |

### Payment history guide

Charge Off as of Sep 2023

90 days past due as of Mar 2023

60 days past due as of Feb 2023

30 days past due as of Jan 2023, Sep 2022

### ▤ Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Nov 2022 | $55,998 | $919 | $0 on 7/18/2022 |
| Oct 2022 | $55,610 | $919 | $0 on 7/18/2022 |
| Sep 2022 | $55,279 | $919 | $0 on 7/18/2022 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Aug 2022 | $54,891 | $919 | $0 on 7/18/2022 |

**Additional info**

The original amount of this account was $54,902

---

## ✉ Contact Info

| | |
|------|------|
| Address | PO BOX 71092, CHARLOTTE NC 28272 |
| Phone Number | (800) 289-8004 |

## WSFS UNICORN

### 🗎 Account Info

| | | | |
|------|------|------|------|
| Account Name | WSFS UNICORN | Balance | $36 |
| Account Number | 368004XXXXXX | Balance Updated | 01/01/2024 |
| Account Type | Credit card | Recent Payment | $240 as of 12/30/2023 |
| Responsibility | Individual | Monthly Payment | $25 |
| Date Opened | 06/07/2021 | Credit Limit | $1,500 |
| Status | Open/Never late. | Highest Balance | $1,430 |
| Status Updated | Jan 2024 | Terms | - |

---

### $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | — | — | — | — | — | — | — | — | — | — | — |