



October 26, 2022

William Gordon
117 Martin Mill Trl
Warner Robbins, GA 31093-1195

Subject: We're responding to your concerns
Case number: 06202210219664871
Account number ending in: 1873

Dear William Gordon:

Thank you for your patience while we investigated your concerns. We've completed our research and are ready to share our findings.

**About your loan**

We have contacted 5 Star Chevrolet, who have advised that a credit application was signed, which gives permission to share information with the lender. We have attached a copy of this application for your reference, along with a copy of the sales contract detailing the terms of the agreement, which was electronically signed.

We follow strict guidelines on how we use phone numbers that customers provide us. When your account is past due, we make every effort to work with you to bring the account current. Under the terms of the Fair Debt Collection Practices Act, we sometimes make calls on weekends and may call more than once a day. Our goal is to help you resolve issues as quickly as possible and make it easier for you to make payments on your account. If you want us to cease telephone and mail communications, please mail your request to the address at the top of this letter. We're sorry for any inconvenience we may have caused you.

**About your account status**

When an account becomes past due, we make every effort to reach our customers to help resolve the past due payment and prevent further collection activity. We attempted to reach you to discuss a past due balance and potential payment options. As of the date of this letter, your account is 70 days past due. If you would like to discuss options to reduce the volume of these calls, please contact us at 1-800-289-8004, Monday - Friday, 5:00 a.m. to 7:00 p.m., or Saturday, 6:00 a.m. to 12:00 p.m. Pacific Time. We're here to help and will do our best to explore payment options that meet your needs.

(Continued on next page)

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

© 2021 Wells Fargo Bank, N.A. All rights reserved.

ECMO–BT129_Res_M_E_122021



**WELLS FARGO**

**Enterprise Complaints Management Office**
PO Box 5133
Sioux Falls, SD 57117

January 5, 2023

William Gordon
117 Martin Mill Trl.
Warner Robins, GA 31093

Subject: We are responding to your concerns
Case number: 06202212270093991 & 06202212280099814
Account number ending in: 1873
Consumer Financial Protection Bureau, case number: 221224-10011413
Office of the Comptroller of the Currency, case number: 03383349

Dear William Gordon:

Thank you for your patience while we looked into your concerns. We have completed our research and are ready to share our findings.

**About the right to rescind**
You stated no information regarding your right to rescind was provided to you. Rescission is a term typically associated with certain mortgage loans and is not applicable to auto loans. This term refers to a cancellation period. Your contract indicates there is no cancellation period or "cooling off" period.

**About the down payment**
You are requesting Wells Fargo to provide evidence a down payment was required to obtain this loan. As stated over the phone, dealerships use a down payment as a negotiation tool to help finance a loan, but a down payment is not required to obtain a loan.

**About the debt validation**
After reviewing the account, we validated a contract between William Gordon and the seller, Five Star Chevy Cadillac on June 1, 2022, for the purchase of the 2019 Chevy Tahoe. The contract amount was $54,902.00 with a 7.390% fixed annual percentage rate. The contract was assigned to Wells Fargo, and the terms of this loan are valid. This signed contract gave permission for your credit file to be reported.

**About the repossession**
Wells Fargo Auto initiated the repossession process on December 22, 2022, because your account was 128-days past due. With no payment arrangements in place, the last payment showing posted on July 18, 2022, and the delinquency continuing, the repossession is valid.

With regards to the key fee, if a key is not provided at the time of repossession, the customer is subjected to a fee for the repossession agent having to make a key for the vehicle.

As for the personal property claim, until the vehicle has been paid in full, Wells Fargo is the official lien holder.

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

© 2021 Wells Fargo Bank, N.A. All rights reserved.

ECMO–BT129_Res_M_E_122021

**WELLS FARGO**

Enterprise Complaints Management Office
PO Box 5133
Sioux Falls, SD 57117

November 1, 2023

William Gordon
1659 Highway 20 W
Suite 370
McDonough, GA  30253

Subject: We're responding to your concerns
Wells Fargo case number: 06202310032636992
Account number ending in: 1873
Consumer Financial Protection Bureau, Case Number: 231003-12156186

Dear William Gordon:

Thank you for contacting us. We completed our research and are providing details to address your concerns.

**About your account status**

After reviewing your concerns our records reflect we previously received several concerns pertaining to similar issues. We responded to these concerns by letters dated January 5, 2023, and October 26, 2022, respectively. These letters informed you the debt and repossession are valid. Copies of these letters are enclosed for your review.

Since no new information has been presented, our position on this matter remains the same that the debt is valid, and the repossession was accurate.

**Case status**

We have closed the case as of the date of this letter.

**How to contact us**

We appreciate the time and effort you took to contact us. If you have questions, you may reach us at 1-877-250-2265, Monday through Friday from 8:00 a.m. to 5:00 p.m. Central Time.

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

ECMO–BT129_Res_M_E_072023



**WELLS FARGO**

**Enterprise Complaints Management Office**
PO Box 5133
Sioux Falls, SD 57117

August 6, 2024

William Gordon
1659 Highway 20 w. Ste. 370
McDonough, GA 30253

Subject: We're responding to your concerns
Wells Fargo case number: 06202407244588226 & 06202407184552450
Account number ending in: 1873
Consumer Financial Protection Bureau, case number: 240718-15235745

Dear William Gordon:

Thank you for contacting us. We completed our research and are providing details to address your concerns.

**Validation of the debt**

After reviewing the account, we have validated a contract between you, William Gordon and the seller, Five Star Chevy Cadillac was signed on June 1, 2022, for the purchase of the 2019 Chevrolet Tahoe, for the purchase price of $54,902.00, an interest rate of 7.39%, and a total amount with payments of $68,928.00. This contract was assigned to Wells Fargo on June 1, 2022.

Please note, authorization to report the account to the consumer credit reporting agencies was provided within the signed credit application and approved contract. We have enclosed a copy of both the signed credit application and the Retail Installment Sale contract for your records.

**About the repossession**

Wells Fargo Auto initiated the repossession process on December 22, 2022, due to the account reaching 120 days delinquency, which resulted in the charge off status of the account. The account was confirmed to not having any payment arrangements set up, and the only payment showing on the account posted on July 18, 2022, therefore the delinquency continued, which resulted in a valid repossession.

We may collect personal data as part of the complaint resolution process. For the categories of personal data that Wells Fargo may collect and how we use it, see the Wells Fargo California Consumer Privacy Act Notice at Collection at https://www.wellsfargo.com/privacy-security/notice-of-data-collection/. See additional Wells Fargo privacy notices at https://www.wellsfargo.com/privacy-security/.

ECMO–BT129_Res_M_E_122023