William Haywood Gordon
1659 Highway 20 West, Suite 370
McDonough, Georgia 30253
Williamhaywoodgordon@gmail.com

In the Federal District Court
For the Middle District of Georgia- Macon

======================================================================

WILLIAM HAYWOOD GORDON

      Plaintiff,

                                      Civil File Number

v                                        5:24-cv-00388-CAR

WELLS FARGO BANK N.A. INC.

      Defendant,

======================================================================

## PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION  WITHOUT PREJUDICE

======================================================================

Plaintiff, appearing on his own behalf, hereby voluntarily dismisses all claims asserted against

Defendant Wells Fargo in the above-styled action, without prejudice, pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Voluntary dismissal of the entire action

here is appropriate and allowed under Rule 41(a)(1)(A) which states a voluntary dismissal;

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;  -

See *Perry v. Schumacher Group of Louisiana*, 891 F.3d 954 (11th Cir. 2018) -Discussing dismissing the entire action vs an individual claim.

Plaintiff acknowledges certain procedural defects and has no intent to burden the Court with continued litigation at this time. The timing is appropriate as there is no Court Order preventing dismissal, this document serves as notice, and there is no prejudice against the Defendant except for potential refiling.

Prior to this voluntary dismissal, Plaintiff respectfully withdraws any cited case law, authority, or reference that may have resulted from scrivener's error, misquotation, or inadvertent misrepresentation. Plaintiff reserves the right to reassert any federal claims upon further research and clarification and expressly states that this dismissal is not based on the underlying merits, which Plaintiff maintains remain valid.

Respectfully submitted this 1st day of May , 2025.


William Haywood Gordon
Plaintiff,


Gordon v Wells Fargo Bank N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2025, I served a true and correct copy of the

foregoing **PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION WITHOUT**

**PREJUDICE** upon all parties by electronic filing via the CM/ECF system, which will

automatically send notice to all counsel of record, and via USPS mail to:

Jennifer Ziemann
Burr & Forman LLP
1075 Peachtree Street NE, Suite 3000
Atlanta, GA 30309
jziemann@burr.com

Respectfully submitted,

William Haywood Gordon - Plaintiff